**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| DEBORA LESS, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 3:20-cv-02546-JZ** |
| vs. | **JURY TRIAL DEMANDED** |
| QUEST HEALTHCONNECT, LLC, | |
| *Defendant*. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Debora Less, and Defendant, Quest HealthConnect, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Debora Less, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 26, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | */s/ Mark S. Eisen* |
| /s/ Andrew J. Shamis | |
| Andrew J. Shamis, Esq. | Laura E. Kogan |
| Florida Bar No. 101754 | lkogan@beneschlaw.com |
| ashamis@shamisgentile.com | **BENESCH, FRIEDLANDER,** |
| 14 NE 1st Avenue, Suite 705 | **COPLAN & ARONOFF LLP** |
| Miami, FL 33132 | 200 Public Square, Suite 2300 |
| Telephone: 305-479-2299 | Cleveland, OH 44114 |
| | Telephone: (216) 363-4500 |
| | Facsimile: (216) 363-4588 |
| *Counsel for Plaintiff and the Class* | |
| | Mark S. Eisen, Esq. (admitted *pro hac vice*) dalmeida@beneschlaw.com |
| | **BENESCH, FRIEDLANDER,** |
| | **COPLAN & ARONOFF LLP** |
| | 71 South Wacker Drive, Suite 1600 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 212-4949 |
| | Facsimile: (312) 767-9192 |
| | |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                      **SHAMIS & GENTILE, P.A.**
                      14 NE 1st Ave., Suite 705
                      Miami, FL 33132
                      Telephone (305) 479-2299
                      Facsimile (786) 623-0915
                      Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          Florida Bar # 101754

*Attorneys for Plaintiff and the Class*