Approved.

s/ Jack Zouhary
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEBORA LESS, individually and on behalf of all others similarly situated, | CLASS ACTION |
| Plaintiff, | Case No. 3:20-cv-02546-JZ |
| vs. | JURY TRIAL DEMANDED |
| QUEST HEALTHCONNECT, LLC, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Debora Less, and Defendant, Quest HealthConnect, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Debora Less, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: April 26, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | */s/ Mark S. Eisen* |
| /s/ Andrew J. Shamis | |
| Andrew J. Shamis, Esq. | Laura E. Kogan |
| Florida Bar No. 101754 | lkogan@beneschlaw.com |
| ashamis@shamisgentile.com | **BENESCH, FRIEDLANDER,** |
| 14 NE 1st Avenue, Suite 705 | **COPLAN & ARONOFF LLP** |
| Miami, FL 33132 | 200 Public Square, Suite 2300 |
| Telephone: 305-479-2299 | Cleveland, OH 44114 |
| | Telephone: (216) 363-4500 |
| | Facsimile: (216) 363-4588 |

*Counsel for Plaintiff and the Class*

Mark S. Eisen, Esq. (admitted *pro hac vice*) dalmeida@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on April 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

             **SHAMIS & GENTILE, P.A.**
             14 NE 1st Ave., Suite 705
             Miami, FL 33132
             Telephone (305) 479-2299
             Facsimile (786) 623-0915
             Email: efilings@sflinjuryattorneys.com

    By:  */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

        *Attorneys for Plaintiff and the Class*